**Order entered December 15, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01095-CV

**AERO COUNTRY EAST ASSOCIATION, INC. AND HEAVY VENTURES, LLC,**
**Appellant**

**V.**

**AERO COUNTRY PROPERTY OWNERS' ASSOCIATION, INC., Appellee**

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-04018-2013**

## ORDER

The Court has reviewed the clerk's record. The appellant's amended notice of appeal refers to a final judgment dated September 25, 2014. The Court **ORDERS** Andrea Stroh Thompson, District Clerk of Collin County, Texas to file a supplemental clerk's record including the September 25, 2014 final judgment within **FIVE** days of the date of this order.

/s/     CAROLYN WRIGHT
         CHIEF JUSTICE